IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

KENNETH WAYNE CLAY,
Plaintiff,

-vs-

CITY OF AUSTIN AND TEXAS
DEPARTMENT OF
TRANSPORTATION,
Defendants.

CAUSE NO.:
A-17-CA-0040-SS

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day the Court entered an order in the above-styled cause dismissing Plaintiff Kenneth Wayne Clay's Complaint, and thereafter enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that all claims brought by Plaintiff Kenneth Wayne Clay are DISMISSED WITHOUT PREJUDICE, and all costs are taxed against the Plaintiff, for which let execution issue.

SIGNED this the 28th day of March, 2017.

SAM SPARKS
UNITED STATES DISTRICT JUDGE